# United States District Court
## For The Western District of North Carolina
## Statesville Division

JAY LEE McALPIN,

    Plaintiff(s),　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　CASE NO. 5:08CV81-3-V

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 15, 2008, Order.

    Signed: August 15, 2008

Frank G. Johns, Clerk
United States District Court